# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 18-cv-01435-RM-NYW

TERRENCE LEE TINNIN,

    Plaintiff,

v.

DENVER POLICE DEPARTMENT, and
FBI OF THE JUSTICE DEPARTMENT,

    Defendants.

---

## ORDER
---

    This matter is before the Court on Plaintiff's letter (ECF No. 31) filed months after judgment was entered against Plaintiff. Plaintiff's letter appears to advise that he intends to seek relief in the future. To the extent Plaintiff seeks any relief currently, however, any such request is denied as he fails to seek forth any factual or legal basis for relief. *See, e.g.,* Fed. R. Civ. P. 60 (setting forth grounds for relief from a judgment or order). Further, Plaintiff is reminded that, although he appears pro se, he must still follow the applicable federal rules and Local Rules of this court, e.g., his request for relief must be made by motion and, where required, must show conferral with opposing counsel about his request. It is therefore ORDERED that to the extent Plaintiff currently seeks any relief via his letter, such request is denied.

    DATED this 26th day of June, 2019.

                                           BY THE COURT:

                                           _____
                                           RAYMOND P. MOORE
                                           United States District Judge